# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| -v- | : Mag. No. 19-3210 |
| JONATHAN ROSADO | : |

I, Michael Martinez, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Michael Martinez, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and subscribed in my presence,
May 3, 2019 in Essex County, New Jersey

Hon. James B. Clark, III
United States Magistrate Judge

Signature of Judicial Officer

## **ATTACHMENT A**

On or about May 2, 2019, at Newark Liberty International Airport, in the District of New Jersey and elsewhere, defendant,

### JONATHAN ROSADO,

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency and other monetary instruments in any conveyance, article of luggage, merchandise, and other container, and transported and transferred and attempted to transport and transfer such currency and monetary instruments from a place within the United States to a place outside the United States.

In violation of Title 31, United States Code, Sections 5332(a)(1) and (b), and Title 18, United States Code, Section 2.

## **ATTACHMENT B**

I, Michael Martinez, am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Under 31 U.S.C. § 5316, an individual transporting more than $10,000 in United States currency out of the United States is required to file a FinCEN Form 105 (Report of International Transportation of Currency or Monetary Instruments) with the Bureau of Customs and Border Protection ("CBP").

2. On or about May 2, 2019, defendant JONATHAN ROSADO ("ROSADO"), a citizen of the United States, attempted to depart on a commercial flight from Newark Liberty International Airport to Santiago, Dominican Republic.

3. Prior to entering the security checkpoint at the airport, ROSADO had not submitted a FinCEN Form 105 with CBP declaring that he was traveling with more than $10,000 in United States currency.

4. After entering the security checkpoint, ROSADO was asked by law enforcement officers whether he was carrying money out of the United States. ROSADO responded that he was carrying $10,000 in United States currency.

5. Upon being presented with a CBP Form 503, ROSADO stated in the form that he was carrying more than $10,000 in United States currency.

6. Further investigation revealed that ROSADO was carrying more than $10,000 in United States currency concealed throughout his luggage and on his person.