PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jonathan Rosado      Cr.: 19-00594-001
     PACTS #: 6181833

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/04/2019

Original Offense:    Bulk Cash Smuggling into or out of the United States, 31 U.S.C. § 5332(a)(1) and (b) and 18 U.S.C. § 2

Original Sentence: 6 months imprisonment, 24 months supervised release

Special Conditions: $100 – Special Assessment, $10,000 – Fine, Location Monitoring – 6 months, Alcohol Testing and Treatment, Financial Disclosure, and Self-Employment/Business Disclosure

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/18/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy financial obligations |
| 2 | The individual under supervision has violated the special condition which states **'Upon request, you must provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You must cooperate with the U.S. Probation Officer in the investigation of your financial dealings and must provide truthful monthly statement of your income. You must cooperate in the signing of any authorization to release information forms permitting the U.S. Probation Office access to your financial records.'** |
| | On April 5, 2022, our office conducted an Equifax credit inquiry and it revealed that Rosado opened one credit account without the approval of the U.S. Probation Office. |

Prob 12A – page 2
Jonathan Rosado

**U.S. Probation Officer Action:**
Throughout his term of supervised release, Rosado did not comply with financial disclosure. On April 5, 2022, our office conducted an Equifax credit inquiry and it revealed Rosado opened an additional credit account without the permission of the U.S. Probation Office. It is noted the debt incurred was not egregious and totaled $184. He has complied with all other standard and special conditions.

Throughout his term of supervised release, Rosado has paid $3,610.33 towards his fine. The individual under supervision's term of supervision is due to expire on May 17, 2022, with an outstanding fine balance of $6,389.67. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

We are requesting No Formal Court Action at this time and that Rosado be allowed to complete supervision on May 17, 2022. The Probation Form 12A (Report on Offender under Supervision), will also serve as an official written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*
By:   ELISA MARTINEZ
        Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*                *04/26/2022*
BRENDAN G. MURILLO          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ **x No Formal Court Action and Allow Supervision to Expire as Scheduled on May 17, 2022 (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

5/2/2022
Date